■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KEVIN KELLER, Respondent.—Appeal by the People from an order of the County Court, Orange County (Pano Z. Patsalos, J.), dated September 24, 1991, which granted that branch of the defendant's omnibus motion which was to suppress statements made by him to law enforcement officials.

Ordered that the order is affirmed.

Based upon our independent review of the testimony at the suppression hearing *(see, e.g., People v Acosta,* 74 AD2d 640), we conclude that the People failed to meet their burden of establishing beyond a reasonable doubt the voluntariness of the defendant's statement *(see, People v Anderson,* 42 NY2d 35, 38; *People v Feingold,* 106 AD2d 583, 584). Harwood, J. P., O'Brien, Ritter and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GEORGE KETA, Respondent.—Appeal by the People from an order of the Supreme Court, Queens County (Friedmann, J.), dated February 21, 1989, which granted those branches of the defendant's omnibus motion which were to suppress physical evidence and statements made by the defendant to law enforcement officials. By opinion and order of this court dated February 19, 1991, the order was reversed *(see, People v Keta,* 165 AD2d 172). By opinion and order dated April 2, 1992, the Court of Appeals reversed and remitted the matter to this court for a review of the facts *(see, People v Keta,* 79 NY2d 474). Justice Sullivan has been substituted for the late Justice Kooper *(see,* 22 NYCRR 670.1 [c]).

Ordered that the order is affirmed. No opinion. Mangano, P. J., Sullivan, Harwood and Miller, JJ., concur. *[See,* 142 Misc 2d 986.]